1  Scott D. Baker (SBN 84923)
   Email:    sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email:    jdaire@reedsmith.com
3  REED SMITH LLP
   101 Second Street
4  Suite 1800
   San Francisco, CA  94105-3659
5  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
6
   Attorneys for Petitioner
7  Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., | Case No.  3:15-cv-4775 |
| Petitioner, | **NOTICE OF APPEARANCE OF SCOTT D. BAKER** |
| vs. | |
| J. BRAD LAMPLEY, | |
| Respondent. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.  3:15-cv-4775
NOTICE OF APPEARANCE OF SCOTT D. BAKER

1  PLEASE TAKE NOTICE that the following individual hereby enters an appearance as an
2  attorney of record on behalf of Clear Channel Outdoor, Inc. in the above-captioned action.

    Scott D. Baker
    REED SMITH LLP
    101 Second Street
    Suite 1800
    San Francisco, CA 94105-3659
    Telephone: +1 415 543 8700
    Facsimile: +1 415 391 8269
    Email: sbaker@reedsmith.com

DATED:  October 16, 2015.
                                    REED SMITH LLP

By: */s/ Scott D. Baker*
    Scott D. Baker (SBN 84923)
    Attorney for Petitioner
    Clear Channel Outdoor, Inc.