Scott D. Baker (SBN 84923)
Email:    sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email:    jdaire@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Petitioner
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC.,<br><br>                Petitioner,<br><br>       vs.<br><br>J. BRAD LAMPLEY,<br><br>                Respondent. | Case No.  3:15-cv-4775-CRB<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, California 94105-3659. On December 18, 2015, I served the following documents by the method indicated below:

1. PETITIONER CLEAR CHANNEL OUTDOOR, INC.'S REQUEST TO ENTER DEFAULT;

2. DECLARATION OF JAMES A. DAIRE IN SUPPORT OF PETITIONER CLEAR CHANNEL OUTDOOR, INC.'S REQUEST TO ENTER DEFAULT; AND

3. [PROPOSED] ENTRY OF DEFAULT

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☑ by transmitting via email to the parties at the email addresses listed below.

David S. McMonigle
dmcmonigle@longlevit.com
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392

Attorneys for Respondent
J. BRAD LAMPLEY

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 18, 2015, at San Francisco, California.

Cristi Shanahan