UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

| | |
|---|---|
| Susan Y. Soong<br>Clerk of Court | General Court Number<br>415-522-2000 |

December 22, 2015

RE: 15-cv-04775-CRB  Clear Channel Outdoor, Inc. v. Lampley

Default is entered as to J. Brad Lampley on December 22, 2015.

Susan Y. Soong, Clerk

_____
by:  Maria Loo
Case Systems Administrator