1  Scott D. Baker (SBN 84923)
   Email:    sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email:    jdaire@reedsmith.com
3  REED SMITH LLP
   101 Second Street
4  Suite 1800
   San Francisco, CA  94105-3659
5  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
6
   Attorneys for Petitioner
7  Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., | Case No.  3:15-cv-4775-CRB |
| Petitioner, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| vs. | |
| J. BRAD LAMPLEY, | |
| Respondent. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: December 23, 2015.

REED SMITH LLP

By: */s/ James A. Daire*
James A. Daire (SBN 239637)
Attorney for Petitioner
Clear Channel Outdoor, Inc.

By: */s/ Debra Sirower*
Debra Sirower for
Petitioner
Clear Channel Outdoor, Inc.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, James A. Daire hereby attests that concurrence in the filing of this document has been obtained.*